

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Hon. George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

> Opinion No. 0-6562
> Re: Under the provisions of House Bill
> 344, 49th Legislature, is the tax
> assessor-collector required to issue
> exemption certificate receipts from
> one book, or should he have a book
> for each precinct?

You request the opinion of this department upon the question presented in your letter of June 29, 1945, copied below:

"Articles 2965, 2968 and 2968A, Vernon's Annotated Civil Statutes, prescribe forms to be used by the Tax Assessor-Collectors in issuing poll tax receipts and exemption certificates. Each Article provides that the Assessor-Collector shall be furnished with books for each voting precinct in the County; and that the receipts and exemption certificates shall be numbered in consecutive order in each book.

"Article 2978 requires the Commissioners' Court to furnish books containing poll tax receipts and exemption certificates to the Assessor-Collector. That Article was amended by the Legislature during the year 1941 by H. B. No. 74, copy of which is enclosed, so as to require the Commissioners' Court to furnish to the Tax Assessor-Collector a sufficient number of blank poll tax receipt books and blank certificate of exemption books, receipts and certificates to be numbered in consecutive order for the entire county.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

709

"The 49th Legislature amended Art. 2968 by H. B. No. 344, copy of which is enclosed, so as to require the exemption certificates to be issued each year to persons who reside in cities of 10,000 or more inhabitants. The amended Article also refers to receipt books for each voting precinct.

"We are enclosing a letter we received today from Mr. Frank Hoyt, Assessor-Collector, Potter County, asking if it will be necessary for him to have a separate book for each precinct in the County. Please advise us whether or not it will be necessary for him to have separate books, or will he use the books which have been furnished him as required by Article 2970."

Your question, briefly stated, is: Should certificates of exemption be issued by the tax collector to qualified voters entitled to exemption certificates, who reside in cities of 10,000 inhabitants or more, from a separate book for each precinct, or from one book for the entire county?

House Bill No. 344, passed by the 49th Legislature, amending Article 2968 of the Revised Civil Statutes, deals only with the issuance of certificates to qualified voters in cities of 10,000 inhabitants or more.

We think it was the intention of the Legislature in the passage of this bill amending Article 2968 to accomplish two things, FIRST, to require the voters entitled to certificates of exemption to secure an exemption certificate each year; and SECOND, to require that books containing exemption certificates be furnished to each voting precinct within the city limits. The clear import of the last sentence of H. B. No. 344, which says that "certificates of exemption for each precinct shall be numbered consecutively, beginning at No. 1" is to require separate books for each precinct. In other words there should be furnished to each precinct a separate book of exemption certificates numbered consecutively, beginning with No. 1.

This amendment does not purport to make any other changes, other than those herein noted, with respect to the issuance of poll tax receipts and certificates of exemption in counties, except within the limits of cities of 10,000 inhabitants or more.

Hon. Geo. H. Sheppard, page 3

We trust the foregoing answers your question.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By      L. P. Loller
Assistant

LPL:AHM

APPROVED JUL 23 1945

FIRST ASSISTANT
ATTORNEY GENERAL